■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT RINALDO, Appellant.— Order, entered on March 10, 1960, denying defendant's

motion for a writ of error *coram nobis*, unanimously affirmed. No opinion. Concur — Botein, P. J., Rabin, Valente, McNally and Eager, JJ.